MANATT, PHELPS & PHILLIPS, LLP
BARRY S. LANDSBERG (CA Bar No. 117284)
blandsberg@manatt.com
BRAD W. SEILING (CA Bar No. 143515)
bseiling@manatt.com
ANDREW H. STRUVE (CA Bar No. 200803)
astruve@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA  90064-1614
Telephone:  (310) 312-4000
Facsimile:  (310) 312-4224

DAVID L. SHAPIRO (*Pro Hac Vice* Pending)
E-mail:  dshapiro@law.harvard.edu
1563 Mass. Ave.
Cambridge, MA  02138
Telephone:  (617) 495-4618
Facsimile:  (617) 495-1950

*Attorneys for Defendants* EHC Management, L.L.C. et al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHYLLIS GRENZEBACH as a surviving heir of Robert Anderson, and KATHLEEN RYAN as a surviving heir of Michael Mergen, on behalf of themselves and a class of similarly situated person<br><br>Plaintiffs,<br><br>vs.<br><br>EHC Management, LLC; Evergreen at Arvin, LLC; Evergreen at Bakersfield, LLC; Evergreen at Chico, LLC; Evergreen at Fullerton, LLC; Evergreen at Lakeport, LLC; Evergreen at Oroville, LLC; Evergreen at Petaluma, LLC; Evergreen at Salinas, LLC; Evergreen at Tracy, LLC; Evergreen at Heartwood Avenue, LLC; Evergreen at Springs Road, LLC; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:11-cv-00197-MCE-DAD<br><br>**ORDER CONTINUING JOINT STATUS REPORT SUBMISSION DEADLINE; CIVIL L.R. 83, 144**<br><br>Judge:          Hon. Morrison C. England, Jr. |

Pursuant to the stipulation of the parties and good cause appearing,

1. The Parties' deadline to file their Joint Status Report, as required by this Court's Order of January 24, 2011, is continued to June 1, 2011.
2. Defendants' motions to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure shall remain on calendar on May 5, 2011.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: April 6, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

300232652.1