| | |
|---|---|
| 1 | MANATT, PHELPS & PHILLIPS, LLP |
| | BARRY S. LANDSBERG (CA Bar No. 117284) |
| 2 | blandsberg@manatt.com |
| | BRAD W. SEILING (CA Bar No. 143515) |
| 3 | bseiling@manatt.com |
| | ANDREW H. STRUVE (CA Bar No. 200803) |
| 4 | astruve@manatt.com |
| | 11355 West Olympic Boulevard |
| 5 | Los Angeles, CA  90064-1614 |
| | Telephone:  (310) 312-4000 |
| 6 | Facsimile:  (310) 312-4224 |
| 7 | DAVID L. SHAPIRO (*Pro Hac Vice*) |
| | E-mail:  dshapiro@law.harvard.edu |
| 8 | 1563 Mass. Ave. |
| | Cambridge, MA  02138 |
| 9 | Telephone:  (617) 495-4618 |
| | Facsimile:   (617) 495-1950 |
| 10 | |
| 11 | *Attorneys for Defendants* |
| | EHC Management, L.L.C., *et al*. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHYLLIS GRENZEBACH as a surviving heir of Robert Anderson, and KATHLEEN RYAN as a surviving heir of Michael Mergen, on behalf of themselves and a class of similarly situated person<br><br>Plaintiffs,<br><br>vs.<br><br>EHC Management, LLC; Evergreen at Arvin, LLC; Evergreen at Bakersfield, LLC; Evergreen at Chico, LLC; Evergreen at Fullerton, LLC; Evergreen at Lakeport, LLC; Evergreen at Oroville, LLC; Evergreen at Petaluma, LLC; Evergreen at Salinas, LLC; Evergreen at Tracy, LLC; Evergreen at Heartwood Avenue, LLC; Evergreen at Springs Road, LLC; and DOES 1 through 100, inclusive, Defendants. | Case No. 2:11-cv-00197-MCE-DAD<br><br>**NOTICE OF WITHDRAWAL/ SUBSTITUTION OF COUNSEL FOR DEFENDANTS**<br><br>Judge:  Hon. Morrison C. England, Jr. |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:  PLEASE TAKE NOTICE that, pursuant to Rule 182 of the Local Rules of the United States District Court for the Eastern District of California, the law firm of Manatt, Phelps & Phillips, LLP and attorney David L. Shapiro, currently listed as counsel of record for Defendants, request to be withdrawn as counsel in this case.  The appearances of Wroten & Associates, Inc., as counsel of record for Defendants in the present matter, remain current and are not affected by this notice. Defendants, Manatt, Phelps & Phillips, LLP, David L. Shapiro and Wroten & Associates, Inc. all consent and agree to this withdrawal.

Dated:  November 4, 2011          Respectfully Submitted,

MANATT, PHELPS & PHILLIPS

By: /s/ Barry S. Landsberg
      Barry S. Landsberg

By: /s/ David L. Shapiro
      David L. Shapiro

WROTEN & ASSOCIATES, INC.

By: /s/ Kippy Wroten
      Kippy Wroten

WROTEN & ASSOCIATES, INC.
KIPPY WROTEN (Bar No. CA 134325)
E-mail: kwroten@wrotenlaw.com
LAURA K. SITAR (Bar No. CA 195806)
E-mail: lsitar@wrotenlaw.com
REGINA CASEY (Bar No. CA 213895)
E-mail: rcasey@wrotenlaw.com
20 Pacifica Ste 1100
Irvine, CA 92618
Telephone:  (949) 788-1790
Facsimile:   (949) 788-1799

Attorneys for All Defendants

**IT IS SO ORDERED**

Dated:  November 8, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE