MANATT, PHELPS & PHILLIPS, LLP
BARRY S. LANDSBERG (CA Bar No. 117284)
blandsberg@manatt.com
BRAD W. SEILING (CA Bar No. 143515)
bseiling@manatt.com
ANDREW H. STRUVE (CA Bar No. 200803)
astruve@manatt.com
11355 West Olympic Boulevard
Los Angeles, CA  90064-1614
Telephone:  (310) 312-4000
Facsimile:  (310) 312-4224

DAVID L. SHAPIRO (*Pro Hac Vice*)
E-mail:  dshapiro@law.harvard.edu
1563 Mass. Ave.
Cambridge, MA  02138
Telephone:  (617) 495-4618
Facsimile:   (617) 495-1950

*Attorneys for Defendants*
EHC Management, L.L.C., *et al*.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHYLLIS GRENZEBACH as a surviving heir of Robert Anderson, and KATHLEEN RYAN as a surviving heir of Michael Mergen, on behalf of themselves and a class of similarly situated person<br><br>Plaintiffs,<br><br>vs.<br><br>EHC Management, LLC; Evergreen at Arvin, LLC; Evergreen at Bakersfield, LLC; Evergreen at Chico, LLC; Evergreen at Fullerton, LLC; Evergreen at Lakeport, LLC; Evergreen at Oroville, LLC; Evergreen at Petaluma, LLC; Evergreen at Salinas, LLC; Evergreen at Tracy, LLC; Evergreen at Heartwood Avenue, LLC; Evergreen at Springs Road, LLC; and DOES 1 through 100, inclusive, Defendants. | Case No. 2:11-cv-00197-MCE-DAD<br><br>**NOTICE OF WITHDRAWAL/ SUBSTITUTION OF COUNSEL FOR DEFENDANTS**<br><br>Judge:  Hon. Morrison C. England, Jr. |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:  PLEASE TAKE NOTICE that, pursuant to Rule 182 of the Local Rules of the United States District Court for the Eastern District of California, the law firm of Manatt, Phelps & Phillips, LLP and attorney David L. Shapiro, currently listed as counsel of record for Defendants, request to be withdrawn as counsel in this case.  The appearances of Wroten & Associates, Inc., as counsel of record for Defendants in the present matter, remain current and are not affected by this notice.  Defendants, Manatt, Phelps & Phillips, LLP, David L. Shapiro and Wroten & Associates, Inc. all consent and agree to this withdrawal.

Dated:  November 4, 2011          Respectfully Submitted,

                                             MANATT, PHELPS & PHILLIPS

                                             By:  /s/ Barry S. Landsberg
                                                      Barry S. Landsberg

                                             By:  /s/ David L. Shapiro
                                                      David L. Shapiro

|   |   |
|---|---|
| 1 | WROTEN & ASSOCIATES, INC. |
| 2 |   |
| 3 | By: /s/ Kippy Wroten |

WROTEN & ASSOCIATES, INC.
KIPPY WROTEN (Bar No. CA 134325)
E-mail: kwroten@wrotenlaw.com
LAURA K. SITAR (Bar No. CA 195806)
E-mail: lsitar@wrotenlaw.com
REGINA CASEY (Bar No. CA 213895)
E-mail: rcasey@wrotenlaw.com
20 Pacifica Ste 1100
Irvine, CA 92618
Telephone: (949) 788-1790
Facsimile: (949) 788-1799

Attorneys for All Defendants

**IT IS SO ORDERED**

Dated: November 8, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE